# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN M. ALCARAZ,<br><br>　　　Petitioner,<br><br>vs.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>　　　Respondents. | Case No. 2:13-cv-00818-JCM-PAL<br><br>**ORDER** |

　　　This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Petitioner has filed a motion for an extension of time in which to file an opposition to the pending motion to dismiss. (ECF No. 17). Having reviewed the motion and good cause appearing, petitioner's motion is granted.

　　　**IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file an opposition to the pending motion to dismiss (ECF No. 17) is **GRANTED.** Petitioner's opposition shall be filed within **thirty (30) days** from the date of entry of this order.

　　　Dated  July 21, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE