**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 19 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUAN M. ALCARAZ, <br><br> Petitioner - Appellant, <br><br> v. <br><br> BRIAN WILLIAMS and ATTORNEY GENERAL FOR THE STATE OF NEVADA, <br><br> Respondents - Appellees. | No. 15-15268 <br><br> D.C. No. 2:13-cv-00818-JCM-PAL <br> District of Nevada, <br> Las Vegas <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The motion to proceed in forma pauperis is granted. The Clerk shall amend the docket to reflect this status.

Appellant's motion for appointment of counsel in this appeal from the denial of a 28 U.S.C. § 2254 petition for writ of habeas corpus is granted. *See* 18 U.S.C. § 3006A(a)(2)(B); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (per curiam). Counsel will be appointed by separate order.

The Clerk shall electronically serve this order on the appointing authority for the District of Nevada, who will locate appointed counsel. The appointing authority shall send notification of the name, address, and telephone number of

AC/MOATT

appointed counsel to the Clerk of this court at

counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

If new counsel identifies uncertified issues that should be raised on appeal, counsel shall include them in the opening brief as permitted by Ninth Circuit Rule 22-1(e).

The opening brief and excerpts of record are due November 12, 2015; the answering brief is due December 11, 2015; and the optional reply brief is due within 14 days after service of the answering brief.