UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JUAN M. ALCARAZ,<br><br>       Petitioner,<br><br>vs.<br><br>BRIAN WILLIAMS and ATTORNEY GENERAL FOR THE STATE OF NEVADA,<br><br>       Respondent | 2:13-cv-00818-JCM-PAL<br><br>**ORDER** |

    The Federal Public Defender having advised the court that a conflict exists in representing petitioner, and good cause appearing;

    **IT IS THEREFORE ORDERED** that Angela Dows, 1333 North Buffalo Drive, Suite 210, Las Vegas, NV 89128, is appointed as counsel for petitioner for all future proceedings.

    **IT IS FURTHER ORDERED** that petitioner shall have **sixty (60) days** from the date on which this order is entered to file an amended petition for a writ of habeas corpus.

    **DATED** September 23, 2015.

                                                               _/s/ James C. Mahan_

                                                            James C. Mahan, District Judge<br>
                                                            United States District Court