# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JUAN M. ALCARAZ,

    Petitioner,

vs.

BRIAN WILLIAMS, *et al.*,

    Respondents.

Case No. 2:13-cv-00818-JCM-PAL

Appellate Case No. 15-15268

**ORDER**

    This closed action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. The matter is presently on appeal. On August 19, 2015, the United States Court of Appeals for the Ninth Circuit directed this court to locate counsel to represent petitioner on appeal. (ECF No. 27). By order filed September 23, 2015, this court appointed Angela Dows, Esq., as petitioner's counsel on appeal, however, the order erroneously set a deadline for the filing of an amended petition and failed to send notification of the appointed attorney's contact information to the clerk of the appeals court.

    **IT IS THEREFORE ORDERED** that Angela Dows, Esq., 1333 North Buffalo Drive, Suite 210, Las Vegas, NV 89128, is **HEREBY APPOINTED** counsel for petitioner on appeal.

    **IT IS FURTHER ORDERED** that the sixty-day deadline for filing an amended petition, erroneously set in the court's order of September 23, 2015, is **HEREBY VACATED**.

**IT IS FURTHER ORDERED** that the clerk of court **SHALL SEND** a copy of this order to this court's CJA coordinator.

**IT IS FURTHER ORDERED** that the clerk of this court **SHALL NOTIFY** the appeals court clerk of this appointment at counselappointments@ca9.uscourts.gov.

Dated November 23, 2015.

_____
UNITED STATES DISTRICT JUDGE