# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JUAN M. ALCARAZ,

    Petitioner,

vs.

BRIAN WILLIAMS, *et al.*,

    Respondents.

Case No. 2:13-cv-00818-JCM-PAL

**ORDER**

    This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. The matter is presently on appeal. By order filed September 23, 2015, this court appointed counsel on appeal for petitioner, however, the order erroneously set a deadline for the filing of an amended petition. (ECF No. 28). On November 23, 2015, this court filed an order vacating the deadline to file an amended petition, because this case is presently on appeal. (ECF No. 30). Also on November 23, 2015, petitioner filed a motion for a stay of the deadline to file an amended petition until appellate proceedings have concluded. (ECF No. 29). Because the deadline to file an amended petition has been vacated, petitioner's motion for a stay is denied as moot.

    **IT IS THEREFORE ORDERED** that petitioner's motion for a stay of proceedings (ECF No. 29) is **DENIED AS MOOT.**

Dated November 25, 2015.

_____
UNITED STATES DISTRICT JUDGE