# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JUAN M. ALCARAZ,

 *Petitioner*,

vs.

BRIAN WILLIAMS, *et al.*,

 *Respondents.*

2:13-cv-00818-JCM-PAL

ORDER

 This habeas matter under 28 U.S.C. § 2254 having come before the court on petitioner's counsel's motion (ECF No. 40) to withdraw as counsel and petitioner's in proper person motion (ECF No. 41) for appointment of new counsel, and for good cause shown,

 IT THEREFORE IS ORDERED that the pending motions (ECF Nos. 40 and 41) are GRANTED, that Ms. Angela H. Dows is WITHDRAWN as counsel for petitioner, and that substitute counsel shall be appointed for petitioner.

 The clerk shall forward a copy of this order to the CJA coordinator, and the coordinator shall forward the name and contact information of a replacement panel attorney once determined to the staff attorney currently handling P1-flagged cases for the preparation of a draft appointment and scheduling order. The clerk further shall send a copy of this order to the petitioner in proper person at the last institutional address reflected in the file.

 DATED: October 2, 2017.

_____
JAMES C. MAHAN
United States District Judge