UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN ALCARAZ,<br><br>                  Petitioner,<br><br>   v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>                  Respondents. | Case No. 2:13-cv-00818-JCM-PAL<br><br>ORDER |

Good cause appearing, petitioner's unopposed motion to continue the briefing schedule (ECF No. 45) is GRANTED. Petitioner shall have up to and including April 9, 2018, within which to file an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

It is so ordered.

DATED February 21, 2018.

                                                  */s/ James C. Mahan*
                                                  JAMES C. MAHAN
                                                  UNITED STATES DISTRICT JUDGE