UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN ALCARAZ,<br><br>　　　　Petitioner,<br>　v.<br>BRIAN WILLIAMS, *et al.*,<br><br>　　　　Respondents. | Case No. 2:13-cv-00818-JCM-PAL<br><br>ORDER |

　　　Petitioner's unopposed motion for extension of time (ECF No. 50) is GRANTED. Petitioner shall have up to and including July 10, 2018, within which to file an opposition to the respondents' motion to dismiss.

　　　It is so ordered.

　　　DATED June 25, 2018.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1