UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN ALCARAZ,<br><br>                    Petitioner,<br>    v.<br>BRIAN WILLIAMS, *et al.*,<br><br>                    Respondents. | Case No. 2:13-cv-00818-JCM-PAL<br><br>ORDER |

      Respondents' unopposed motion for extension of time (ECF No. 54) is GRANTED. Respondents shall have up to and including August 8, 2018, within which to file a reply to petitioner's opposition to the respondents' motion to dismiss.

      It is so ordered.

DATED July 23, 2018.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE