UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN ALCARAZ,<br><br>               Petitioner,<br><br>    v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>               Respondents. | Case No. 2:13-cv-00818-JCM-PAL<br><br>ORDER |

      Petitioner is currently represented in this matter by Gia McGillivray, Esq. Ms. McGillivray replaced counsel Angela Dows, Esq. in October 2017 after Ms. Dows sought to withdraw due to heavy workload. (*See* ECF Nos. 40 & 43). Now, Ms. McGillivray seeks to withdraw due to her impending relocation and commencement of employment with the Federal Defender Office in another state. (*See* ECF No. 57). Ms. McGillivray represents, however, that Ms. Dows has agreed to resume representation of petitioner if the court is inclined to reappoint her. (*See id.*) The court has confirmed with Ms. Dows that she is currently able to take this case.

      Good cause appearing, IT IS ORDERED that petitioner's motion to withdraw and for appointment of new counsel (ECF No. 57) is GRANTED.

      IT IS FURTHER ORDERED that Gia McGillivray, Esq. is hereby WITHDRAWN as counsel for petitioner.

      IT IS FURTHER ORDERED that Angela H. Dows, Premier Legal Group, 1333 North Buffalo Drive, Suite 210, Las Vegas, NV 89128, 702-794-4411, is appointed as

counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B). Counsel will represent petitioner in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw.

The Clerk shall forward a copy of this order to the CJA coordinator.

The Clerk further shall send a copy of this order to the petitioner in proper person at the following address, provided by petitioner's counsel: Juan M. Alcaraz, ID No. #94636, Saguaro Correctional Center, 1250 E Arica Rd., Eloy, AZ 851312. The Clerk shall reflect said transmittal either via the notice of electronic filing or on the docket, in a manner consistent with the Clerk's current practice.

It is so ordered.

DATED October 4, 2018.

                                                    JAMES C. MAHAN
                                                  UNITED STATES DISTRICT JUDGE