UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN ALCARAZ,<br><br>                          Petitioner,<br>    v.<br>BRIAN WILLIAMS, *et al.*,<br><br>                         Respondents. | Case No. 2:13-cv-00818-JCM-PAL<br><br>ORDER |

Petitioner's unopposed motion for extension of time (ECF No. 60) is GRANTED. Petitioner shall have up to and including April 8, 2019, to make an election with respect to his mixed petition pursuant to the court's order of January 23, 2019.

It is so ordered.

DATED THIS 4th day of April 2019.

                                                                 JAMES C. MAHAN
                                                                  UNITED STATES DISTRICT JUDGE