UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN ALCARAZ,<br><br>               Petitioner,<br>     v.<br>BRIAN WILLIAMS, et al.,<br><br>               Respondents. | Case No. 2:13-cv-00818-JCM-BNW<br><br>**ORDER** |

Respondents' unopposed motion for enlargement of time (ECF No. 71) is GRANTED. Respondents will have until September 3, 2019, to answer the second amended petition (ECF No. 67) in this case.

DATED August 20, 2019.

                                                                               JAMES C. MAHAN<br>                                                            UNITED STATES DISTRICT JUDGE