UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JUAN ALCARAZ, | Case No. 2:13-cv-00818-JCM-BNW |
| Petitioner, | |
| v. | **ORDER** |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Petitioner's unopposed motion for extension of time (ECF No. 76) is GRANTED. Petitioner has up to and including November 8, 2019, to file a reply in support of the second amended petition (ECF No. 67).

DATED October 8, 2019.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE