UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN ALCARAZ,<br><br>　　　　　　　　Petitioner,<br>　　v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　　　Respondents. | Case No. 2:13-cv-00818-JCM-BNW<br><br>**ORDER** |

Petitioner' second unopposed motion for extension of time (ECF No. 78) is GRANTED. Petitioner has until November 22, 2019, to file a reply in support of the second amended petition (ECF No. 67).

DATED: November 13, 2019.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE